AO 91 (Rev. 02/09) Criminal Complaint

# United States District Court

#### for the
#### Western District of New York

**United States of America**

**v.**

**JOSE FRANCISCO CARDOSO TEHOVNIK**

*Defendant*

**Case No. 24-mj- 52**
**(Filed Under Seal)**

### CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

### COUNT 1
#### (Enticement)

In or about the month of April, 2024, in the Western District of New York, and elsewhere, the defendant, using the mail and any facility and means of interstate and foreign commerce, did knowingly persuade, induce, entice, and coerce an individual who has not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense in violation of Title 18, United States Code, Section 2422(b) [Sexual Enticement of a Minor].

### COUNT 2
#### (Production)

In or about the month of April, 2024, in the Western District of New York, and elsewhere, the defendant did knowingly employ, use, persuade, induce, entice, and coerce, a minor, to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct and for the purpose of transmitting a live visual depiction of such conduct, knowing and having reason to know that such visual depiction would be transported and transmitted using any means and facility of interstate and foreign commerce; and knowing and having reason to know that such visual depiction would be transported and transmitted in and affecting interstate and foreign commerce in violation of Title 18, United States Code, Sections 2251(a) and (e).

### COUNT 3
#### (Receipt of Child Pornography)

In or about the month of April, 2024, in the Western District of New York, and elsewhere, the defendant did knowingly receive child pornography using any means or facility of interstate or foreign

commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(b)(1).

## COUNT 4
### (Possession)

In or about the month of April, 2024, in the Western District of New York, and elsewhere, the defendant did knowingly possess any material that contained images of child pornography that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) [Possession of Child Pornography].

This Criminal Complaint is based on these facts:

☒ Continued on the attached sheet.

_____
Complainant's signature

RANDALL E. GARVER
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION
Printed name and title

Sworn to and signed telephonically.

Date: __June 5___, 2024

_____
Judge's signature

City and State:  Buffalo, New York

HONORABLE H. KENNETH SCHROEDER, JR.
UNITED STATES MAGISTRATE JUDGE
Printed name and title

2

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

STATE OF NEW YORK  )
COUNTY OF ERIE      )    SS:
CITY OF BUFFALO     )

## I.     INTRODUCTION

I, RANDALL E. GARVER, after being duly sworn, depose and state as follows:

1.     I am a Special Agent of the Federal Bureau of Investigation and entered on duty in May 2006. I am currently assigned to the Buffalo Field Office and work on cases associated with the Violent Crimes Against Children program, which targets individuals involved in the online sexual exploitation of children. As part of these duties, I have become involved in the investigation of suspected violations of Title 18, United States Code, Sections 2251, 2252, 2252A, 2422, 2423, and 2261. I have also participated in various FBI mandated and volunteer training for the investigation and enforcement of federal Child Pornography, Sexual Enticement, Travel to Engage in Illicit Sexual Conduct, and Cyberstalking laws in which computers or smartphones/devices are used for engaging in such violations of Federal law.

2.     This affidavit is made in support of a criminal complaint charging **JOSE FRANCISCO CARDOSO TEHOVNIK** (“**TEHOVNIK**”), date of birth XX/XX/2002, with violations of Title 18, United States Code, Sections 2422(b) [Enticement of a Minor], Sections

2251(a) and (e) [Production of Child Pornography], 2252A(a)(2)(A) and 2252A(b)(1) [Receipt of Child Pornography], and 2252A(a)(5)(B) [Possession of Child Pornography].

3.      The statements contained in this affidavit are based upon my investigation, information provided by other law enforcement officers, other personnel specially trained in the seizure and analysis of computers and electronic media, and on my experience and training.  Because this affidavit is being submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that **TEHOVNIK** knowingly violated Title 18, United States Code, Sections 2422(b) [Enticement of a Minor], Sections 2251(a) and (e) [Production of Child Pornography], 2252A(a)(2)(A) and 2252A(b)(1) [Receipt of Child Pornography], and 2252A(a)(5)(B) [Possession of Child Pornography].

## II.    FACTUAL BASIS

4.      On April 30, 2024, Niagara Falls Police Department ("NFPD") Detectives Kenneth Redmond and Alexis Aughtmon contacted me to discuss their investigation of **TEHOVNIK**, a 21-year-old resident of Orlando, Florida.  The NFPD's investigation began on or about April 26, 2024, when a 16-year-old girl ("Victim") was reported missing.  The investigation determined that **TEHOVNIK** recently flew from Florida to New York, obtained a hotel in Niagara Falls, and had sexual intercourse with Victim.

5.      The officers provided me with NFPD report NF-00016811-24, which discussed

2

the department's efforts to locate Victim. The report began by documenting Detective Aughtmon speaking to Victim's mother ("Witness 1") on April 26, 2024. Witness 1 advised that she found a cellular phone that Victim used. In the phone was an internet search for "hotels in Niagara Falls." Witness 1 advised that Victim may be at a Quality Inn in Niagara Falls. Officers checked the two Quality Inns in Niagara Falls and determined Victim was not present. Also on April 26, 2024, Detective Aughtmon spoke to Victim's friend's mother ("Witness 2"), who said she provided her own daughter with a cellular phone to use while at school; Witness 2 provided Victim's Snapchat account name. On the same day, Detective Aughtmon served an emergency disclosure request to Snapchat to obtain Victim's account content and details.

6.    On or about April 27, 2024, Witness 1 told Detective Aughtmon that Victim's father ("Witness 3") received a Facebook Messenger text from the Facebook name "Cardoso Tehovnik." The Facebook Message was purported to be from Victim. Witness 3 also received text messages from this phone number: (407) 269-3624. Detective Aughtmon saw the messages and advised the messages were just asking who the user was (Witness 1 or Witness 3). Detective Aughtmon attempted to call the (407) telephone number and sent it a text message identifying herself as law enforcement. Later that evening, Witness 1 advised Detective Aughtmon that Victim returned home safely.

7.    On or about April 29, 2024, Witness 1 again contacted Detective Aughtmon and advised she had a conversation with "Cardoso Tehovnik" over Facebook Messenger, believed to be **TEHOVNIK**. Witness 1's message stated they were "extremely worried about (Victim) and want nothing bad to happen to her." **TEHOVNIK** replied, "sorry but I haven't hopefully you

3

have found her by now." When Witness 1 asked **TEHOVNIK** how he knew the Victim, he replied, "[s]he randomly popped up on my Instagram one day and that is how we started talking . . . may I tell you something?" **TEHOVNIK** then wrote, "I don't want us to be in the wrong foot here, but anyway as parents I understand that you guys care about her and will protect her, but I am not like all guys out there, your daughter spoke with me about the struggles and difficulties she was going through and when we starting talking all I wanted was to make sure she was happy and not depressed". The message continued, "I have gone through what she spoke with me long time ago and I understand the struggle she is facing . . . me personally I went through the same stuff and I didn't like to see her in that way nor to have those bad memories as nightmares." When Witness 1 asked **TEHOVNIK**'s age, he answered, "I am 21, I was afraid you would get mad at me, but, I don't want nothing bad with your daughter, all I want is to help her smile more." Witness 1 asked, "do you know how old exactly my daughter is????" **TEHOVNIK** answered, "I do . . That is why I don't want to jump cables. I would rather her to turn 18 then having to relationship now."

8.      On or about April 30, 2024, Detective Aughtmon wrote a report that provided details about her observations from the Snapchat return. Her report annotated that **TEHOVNIK** used Snapchat account ftehovnik2019 and that the pair discussed **TEHOVNIK** traveling from Florida to Niagara Falls to visit Victim. **TEHOVNIK** had a reservation at the Microtel at 7726 Niagara Falls Boulevard, Niagara Falls, New York. I reviewed the Snapchat return and noted an image sent to Victim of a Microtel card key indicating the card was room 413. During the Snapchat conversations on April 26 and April 27, 2024, the two discussed their love for one another, and showering and taking pictures together. The two NFPD officers spoke to the front

4

desk clerk at the Microtel and learned that **TEHOVNIK** checked in early on 04/26/2024 and checked out late on 04/27/2024. The driver's license used for check in was in the name JOSE FRANCISCO CARDOSO **TEHOVNIK**, address 10107 Hartford Maroon Road, Orlando, Florida, and listed his date of birth as XX/XX/2002.

9.     On or about May 1, 2024, Detective Aughtmon interviewed Victim about **TEHOVNIK**. During the interview, Victim said she met "Jose Cardoso" (**TEHOVNIK**) in February 2024 over Instagram. The two then moved their conversations to Snapchat. Victim said the pair exchanged nude images over Snapchat and the two made plans for **TEHOVNIK** to visit Victim in Niagara Falls from Florida. Victim stated that on April 26, 2024, **TEHOVNIK** flew to the Niagara Falls area from Orlando; after school, Victim met **TEHOVNIK** at the Microtel. Victim said she walked to the Microtel from her friend's home. Victim recalled it was room 413 and that they shared some snacks in the room when she arrived. The two then took some pictures together in the bathroom; Victim wore a bra and underwear when the pictures were taken and **TEHOVNIK** did not wear a shirt (but did wear pants). Victim recalled that the two then took a shower together and then went to the bed. Victim said **TEHOVNIK** had sexual intercourse with her and that she did not know if he wore a condom and did not think he ejaculated. That evening, **TEHOVNIK** and Victim went for a walk. Upon return from the walk, the two again had sexual intercourse. Victim said **TEHOVNIK** digitally penetrated her on both occasions prior to intercourse. On the morning of April 27, 2024, the two ate breakfast at Denny's and hung around the hotel. Around 5:00 pm on April 27, 2024, Victim walked home and **TEHOVNIK** returned to the Buffalo airport via Uber. Victim stated that she remained in contact with **TEHOVNIK** and that he planned

5

to return to Niagara Falls to visit Victim in June.  Victim said **TEHOVNIK** uses a second Snapchat account: teenwolf245.

10.     On or about May 2, 2024, I reviewed the Snapchat conversations that took place between Victim's and **TEHOVNIK**'s accounts.  The return only displayed conversations between these two accounts on April 25, 2024 and April 26, 2024.  It is possible that additional conversations took place on unknown or unreviewed by law enforcement.  The following paragraphs were developed based on my review of the Snapchat conversations obtained by NFPD.

11.     On April 25, 2024, at 12:56:45 UTC, the two discussed having some pictures taken of themselves during **TEHOVNIK**'s visit, to which he asked, "even a shower pic."  The same day, at 15:45:57 UTC, Victim stated that "mom is calling me" before writing, at 16:17:22 UTC that she was "in science" (class).  The same day, Victim wrote that she was tired of going to school.

12.     On April 26, 2024, at 00:51:05 UTC, **TEHOVNIK** asked, "baby tomorrow is your friend coming to pick us up?...or we are talking a Uber to her house."  He then wrote, "Okay, just now that I may be at the airport still by the time it hits 8 am."  **TEHOVNIK** wrote that he could not wait to "sleep together and cuddle."  At 01:01:40 UTC (about 9:01 pm eastern time) **TEHOVNIK** wrote "9 pm strikes 3 more for me to get ready" to go on his trip to New York.  Soon thereafter, at 01:16:16 UTC, **TEHOVNIK** wrote, "can you send daddy pictures / daddy is coming to play."  Victim wrote, "and [to be honest] I'm scared...bc like

6

my parents are gonna be so pissed…I'm also scared shitless." **TEHOVNIK** replied "let them get pissed. Cause as soon as I [move] up there, then you can run away for good." After mentioning a shower, **TEHOVNIK** wrote at 02:21:05 UTC, "…we got to have some fun as soon as we enter the room," referring to the hotel room.

13.  On the morning of April 26, 2024, at 05:54:49 UTC, **TEHOVNIK** wrote Victim that he was "here" before advising he was still on the airplane but was on the ground in Buffalo. **TEHOVNIK** advised in the chat conversation that he was going to get an Uber to Niagara Falls. The same day, at 12:00:18 UTC, Victim advised "I'm at school" about 40 minutes before telling **TEHOVNIK**, "Just don't go near 76th St bc my dad knows what you look like and he is pissed that I'm talking to you." **TEHOVNIK** replied, "now I am scared baby." Victim wrote, "you don't gotta worry abt my uncle he knows I'll be with you." **TEHOVNIK** wrote that the clock was moving very slow and wanted 2:30 pm to arrive soon. A search of the Niagara Falls High School website shows the school is dismissed at 2:30 pm. At 16:51:43, **TEHOVNIK** wrote, "I am going to have a shower with you." At 16:59:30 UTC, **TEHOVNIK** wrote, "1:30 to go" meaning it was about 1:00 pm local time. Victim then wrote that she was skipping her regular class to be in her friend's English class and the other kids were upset. **TEHOVNIK** then asked what Victim's favorite snacks and sodas were before advising he would walk to a store to get the items for her. Victim updated **TEHOVNIK** that she was sitting in study hall with her friend. **TEHOVNIK** later wrote "the time is almost here baby" to which Victim replied, "Ik I'm sooi excited."

14.  As part of my investigation, NFPD provided me with the statement from the

7

Microtel, address 7726 Niagara Falls Boulevard, that showed **TEHOVNIK** checked in on April 26, 2024, and checked out on April 27, 2024. As part of the Microtel paperwork, **TEHOVNIK** provided telephone number (407) 269-3624[1] and email address franciscocardoso20002@gmail.com. NFPD also provided me with an image of Victim and **TEHOVNIK** kissing and another of the two hugging each other (as Victim described in her interview), believed to be taken in the Microtel bathroom.

15.    On or about May 3, 2024, Detective Aughtmon advised that she obtained and served warrants upon Snapchat to obtain content and details associated with the following accounts: ftehovnik2019 and teenwolf245. On or about May 6, 2024, Detective Aughtmon provided me with the content of the two target accounts.

16.    On or about May 8, 2024, I reviewed Snapchat account ftehovnik2019 and discovered files that constituted child pornography and conversations relevant to the investigation. The Snapchat return for account ftehovnik2019 showed the account was created on 05/27/2019 and was associated with verified email address franciscocardosotehovnik@gmail.com and telephone number (407) 269-3624,[2] the same number used by **TEHOVNIK** to obtain the Microtel hotel room. The account also listed the user's birthday as XX/XX/2002 (**TEHOVNIK**'s true date of birth). I observed several images in the account of **TEHOVNIK** and Victim together in what is likely the Microtel room. The bullets below annotate some of the files that constitute child pornography:

---

[1] This is also the same telephone number that texted Witness 3 as discussed above in paragraph 6.
[2] This is also the same telephone number that texted Witness 3 as discussed above in paragraph 6.

File1:
*Name*:
chat~media_v4~2024-02-19-03-27
08UTC~haileysandber23~ftehovnik2019~saved~b~EiQSFUJxTGtUTk01M2REQTVTYX
hLS0xBZRoAGgAyAQRIU1AEYAE~v4

*Description*:
Video file, 10 seconds in duration, sent from Victim account to **TEHOVNIK**'s.  Victim
exposed her vagina and masturbated.

File 2:
*Name*:
chat~media_v4~2024-04-19-15-16-
56UTC~haileysandber23~ftehovnik2019~saved~b~EiQSFWVYazUzZlBsNWd3N1ZlNnJ
QaURYNxoAGgAyAQRID1AEYAE~v4

*Description*: An image of Victim, standing nude in a bathroom, with her hands covering her
breasts and vagina exposed.  Victim's face is not visible in the frame.

File 3:
*Name*:
chat~media_v4~2024-04-12-23-57-
02UTC~haileysandber23~ftehovnik2019~saved~b~EiQSFUlRRFl4QUZlQlBBdHhmWH
B4Q2dlYRoAGgAyAQRIAlAEYAE~v4

*Description*: An image of Victim, taken as a "selfie" in a bedroom (into a mirror).  In the image,
Victim was nude sitting back on her knees, exposing her vagina.

17.    As discussed above, I discovered several relevant chats (direct messages) that were exchanged between **TEHOVNIK** and Victim.  The messages below were in **TEHOVNIK**'s Snapchat account (ftehovnik2019).  I note to the Court that content between the brackets likely represent emojis sent in the messages.

| Date | Sender | Recipient | Message body |
|------|--------|-----------|--------------|
| 02/01/2024 | **TEHOVNIK** | Unidentified Individual (UI)-1 | I was planning to travel to New York this month |
| 02/23/2024 | **TEHOVNIK** | Victim | Baby, I have no reason to be upset at you or mad. I understand that your parents are around and the best time for us to talk |

9

| | | | |
|---|---|---|---|
| | | | safely is in school time and when at home is a lower chance. You good good my love. Baby love you more than you can imagine |
| 02/26/2024 | **TEHOVNIK** | UI-2 | Now this is my girl<br>(subject then sent picture) |
| 02/26/2024 | UI-2 | **TEHOVNIK** | Dang bro shes way too young / She like 12 bro |
| 02/26/2024 | **TEHOVNIK** | UI-2 | Nah she is not / 16 |
| 02/26/2024 | UI-2 | **TEHOVNIK** | She way too young bro / I would be careful tho wait till she gets 18 |
| 03/01/2024 | **TEHOVNIK** | Victim | I was just a lost boy in the world of mystery adventures. But I was too afraid to embark on them, so my world was black and white. The darkness of my room along with sad music was my home, but, when I meet you and we started talking I thought it would be just another girl looking for a casual talk and would go away next day. My first question was about your age and when we knew the age. I got sad cause I would lose someone cute, precious and pretty. But no, you grabbed my hands and said [â€œ] I want you[â€ ]. At first you were shy, insecure and confused if you would go with me or not. But hey look at us now almost 1 month together. You are my princess, my cheerleader. Always there for me. I love you baby |
| 03/01/2024 | UI-2 | **TEHOVNIK** | Get yo girl bro take her to florida and live with you lol. |
| 03/01/2024 | **TEHOVNIK** | UI-2 | My plan bro |
| 04/30/2024 | **TEHOVNIK** | Teenwolf245 (note: it is possible this subject account was utilized by Victim after her return home) | The moment I saw you baby for the first time in real life, it was like a dream come true. Your beauty took my breath away and your smile lit up the room. The connection we had felt even stronger in person, as if we had known each other for a lifetime. I couldn't stop staring at you, feeling grateful to finally have you in my arms. It was a moment I will never forget, filled with love, excitement, and the beginning of a new chapter in our relationship. |

10

18.    On or about June 3, 2024, Witness 1 reported Victim missing, stating she never came home from Niagara Falls High School (NFHS).  Witness 1 reported that Victim does not have a cell phone.  The same day, Detective Aughtmon spoke to Victim's friend who claimed Victim did not have a phone and she did not know where Victim was.  Detective Aughtmon next served two emergency disclosures to Snapchat requesting details regarding Victim's two known Snapchat accounts.  The results showed there was not recent activity on either account.

19.    On or about June 4, 2024, Detective Aughtmon again spoke to Victim's friend who said Victim was in contact with **TEHOVNIK** and did possess a cell phone.  Detective Aughtmon then served an emergency disclosure on Snapchat for **TEHOVNIK**'s two accounts: "teenwold245" and "ftehovnik2019" to obtain details and conversations regarding Victim.  Detective Aughtmon reviewed the account details provided by Snapchat and determined **TEHOVNIK** flew back to Western New York to meet Victim.  **TEHOVNIK** sent Victim images of himself on an airplane on June 4, 2024.  **TEHOVNIK** sent Victim an image from his navigational aid (map) showing his destination was Niagara Falls High School and he was set to arrive there around 4:06 pm on June 4, 2024.  Detective Aughtmon believed **TEHOVNIK** was near Binghamton, New York, when he sent the image.  From her review, Detective Aughtmon also learned Victim had a new Snapchat account and sent an emergency disclosure to obtain details regarding it.  Finally, Detective Aughtmon served an emergency disclosure upon Verizon Wireless, the carrier of **TEHOVNIK**'s cell phone (407-269-3624).  Based upon the location data obtained from the authorization, as of 6:17 a.m. on June 5, 2024, law enforcement believes the phone is in Newark, New Jersey.

11

20.    Based on the foregoing, there is probable cause to believe that **TEHOVNIK** violated Title 18, United States Code, Sections 2422(b) [Enticement of a Minor], Sections 2251(a) and (e) [Production of Child Pornography], 2252A(a)(2)(A) and 2252A(b)(1) [Receipt of Child Pornography], and 2252A(a)(5)(B) [Possession of Child Pornography].

21.    In consideration of the foregoing, I respectfully request that this Court approve the Criminal Complaint and issue an Arrest Warrant for **TEHOVNIK** and that said Complaint and Arrest Warrant be sealed until further order of this Court and that all papers submitted in support of this Application, including the Application, Affidavit, and Arrest Warrant remain under seal until further Order of this Court.

RANDALL E. GARVER
Special Agent
Federal Bureau of Investigation

Sworn to and subscribed telephonically

this 5th day of June, 2024.

HON. H. KENNETH SCHROEDER, JR.
United States Magistrate Judge

12