Honorable John L. Sinatra, Jr.
United States District Judge
c/o John Morrissey
Assistant Federal Public Defender
300 Pearl Street, Suite 200
Buffalo, NY 14202

Dear Judge Sinatra,

My name is Ana Claudia Baez. I am 52 years old and the mother of Henrique Sanches. I have known José Francisco Cardoso Tehovnik since 2018, when our families met after moving into the same apartment community. Over the years, we developed a close relationship, both personally and professionally.

I became friends with Francisco's mother, and later we became business partners as co-owners of a cleaning company. Through this relationship, I had regular contact with Francisco and observed his behavior in everyday situations. He was always respectful and appropriate in his interactions with my family and others.

Francisco and my son Henrique spent much of their high school years together. They often helped us with our business by distributing flyers and, on several occasions, assisting with cleaning houses and small commercial spaces. They showed responsibility, followed instructions, and completed the tasks assigned to them. Their willingness to help and their work ethic were always evident.

Our families spent holidays and important moments together, and Francisco was consistently polite and considerate in our home. At no time did I observe behavior that would suggest he posed a risk to others.

When I learned of Francisco's incarceration, I was very surprised, as it does not reflect the person I have known for years. Based on my personal and professional experience with him, I believe he has the ability to contribute positively if given the opportunity.

Thank you for your time and consideration.

Respectfully,

Ana Claudia Baez

EXHIBIT A

Honorable John L. Sinatra, Jr.
United States District Judge
c/o John Morrissey
Assistant Federal Public Defender
300 Pearl Street, Suite 200
Buffalo, NY 14202

Dear Judge Sinatra,

Vimos através desta carta declarar meu apoio a José Francisco Cardoso Tehovnik.

Somos um casal de brasileiros, residentes em São Paulo. Eu, 55 anos de idade, aposentada e meu marido, 60 anos de idade, empresário no ramo de TI, temos um casal de filhos, sendo Anna Clara com 24 anos formada em Designer Games e Thiago José com 27 anos formato em Engenharia Mecânica pela USP.

Somos amigos dos pais do José desde 2009 e por isso tivemos o prazer de conhecê-lo desde os 10 anos de idade.

José sempre foi um menino extremamente gentil, prestativo e agradável. Jamais presenciamos qualquer comportamento inadequado. Muito pelo contrário, ele era uma criança diferenciada, pois sempre foi muito educado e atencioso.

Estive nos EUA visitando a família em 2019 e pude ver o quanto ele estava feliz com a mudança e as oportunidades que teria nessa nova etapa.

Quando soubemos de sua prisão ficamos chocados, pois para nós foi incompreensível que um rapaz tão meigo pudesse estar nessa situação.

Temos certeza de que qualquer erro que ele tenha cometido foi por pura falta de maturidade e com certeza essa experiência servirá para seu amadurecimento e uma lição que levará para o resto de sua vida.

Por isso, vimos com todo o respeito, pedir a Vossa Excelência que considere dar a ele a oportunidade de provar que é um cidadão que pode conviver e contribuir para a sociedade.

Muito obrigada por sua atenção

Andréa Flores da Silva    and    Felipe Abramvezt

Honorable John L. Sinatra, Jr.
United States District Judge
c/o John Morrissey
Assistant Federal Public Defender
300 Pearl Street, Suite 200
Buffalo, NY 14202

Dear Judge Sinatra,

We are writing this letter to declare my support for José Francisco Cardoso Tehovnik.

We are a Brazilian couple residing in São Paulo. I am 55 years old and retired, and my husband is 60 years old and an entrepreneur in the IT field. We have two children: Anna Clara, 24, a graduate in Game Design, and Thiago José, 27, a graduate in Mechanical Engineering from USP.

We have been friends with José's parents since 2009, and therefore have had the pleasure of knowing him since he was 10 years old.

José was always an extremely kind, helpful, and pleasant boy. We never witnessed any inappropriate behavior. On the contrary, he was a special child, as he was always very polite and attentive.

I was in the US visiting the family in 2019 and I could see how happy he was with the change and the opportunities he would have in this new phase.

When we learned of his arrest, we were shocked, because it was incomprehensible to us that such a sweet boy could be in this situation.

We are certain that any mistake he may have made was due to a lack of maturity, and this experience will surely serve to mature him and provide a lesson he will carry with him for the rest of his life.

Therefore, we respectfully request that Your Excellency consider giving him the opportunity to prove that he is a citizen who can live in and contribute to society.

Thank you very much for your attention.

Andréa Flores da Silva     and     Felipe Abramvezt

EXHIBIT B

Honorable John L. Sinatra, Jr.

United States District Judge

c/o John Morrissey

Assistant Federal Public Defender

300 Pearl Street, Suite 200

Buffalo, NY 14202

January, 02 2026

Dear Judge Sinatra,

Your Honor,

My name is Arlete Tehovnik, and I write as Francisco's adoptive mother. I have been his mother since he was 10 years old. I respectfully submit this letter to share what I have observed about his character and to confirm the structured, stable support available to him if the Court considers any disposition that includes strict supervision and rehabilitation.

I want to be clear: I am not writing to excuse or minimize any wrongdoing. I understand the seriousness of this matter and the importance of accountability. My request is that the Court consider the full picture of who Francisco is, along with the practical safeguards our family can put in place to reduce risk moving forward.

Francisco's early childhood was marked by instability and emotional hardship. After he joined our family, he received psychological support. I will also be honest about my own shortcomings: in my desire to protect him from further pain, and because I lacked the maturity and perspective I wish I had then, I focused on moving forward and avoided revisiting the past, hoping that would reduce his pain. I now understand that for a child who has lived through that kind of experience, emotional wounds can remain even in a stable and loving home.

Francisco has also shown responsibility within our family, especially in his relationship with his younger biological brother, Samuel C. Tehovnik, whom he consistently protected and supported from an early age.

As a teenager and young adult, Francisco has consistently been affectionate, respectful, and hardworking. He has long carried a strong desire to build his own life and eventually his own family, seeking stability and belonging. I believe that desire, combined with immaturity and unresolved emotional pain, contributed to poor decisions with serious consequences. At the same time, I believe he is capable of learning from this and living responsibly with the right structure and treatment.

EXHIBIT C

When we moved to the United States in December 2017, he entered the final year of middle school and then high school with limited English. Despite the language barrier and the difficulty of adapting, he worked hard and managed to do well. He also volunteered in the community, including at Goodwill, Nona Church, dog walking in our neighborhood, and local food banks.

If Francisco is allowed any form of community-based sentence or supervised release, he will live with me, my husband Edward Tehovnik, and his brother Samuel C. Tehovnik at 10107 Hartford Maroon Rd, Orlando, FL 32827. We understand and will comply with any conditions the Court imposes.

Our family's plan is as follows:
- Stable housing at the address above, with clear rules and supervision.
- Transportation and scheduling support to ensure he attends all court obligations, probation requirements, and appointments.
- Professional counseling focused on decision-making, boundaries, and emotional regulation; we will arrange intake immediately and ensure consistent attendance.
- Daily structure, including employment or approved education/training, compliance with any curfew and restrictions, and limited environments consistent with supervision terms.
- Accountability and cooperation: we will cooperate fully with probation, provide verification of appointments or work if required, and support any monitoring ordered by the Court.

Your Honor, I believe Francisco is capable of change, and he has a home prepared to support that change with structure and accountability. Thank you for considering my statement.

Respectfully,

Arlete Tehovnik
Adoptive Mother of Jose Francisco C Tehovnik

EXHIBIT C

Honorable John L. Sinatra, Jr.

United States District Judge

c/o John Morrissey

Assistant Federal Public Defender

300 Pearl Street, Suite 200

Buffalo, NY 14202

November 5, 2025

Dear Judge John L. Sinatra, Jr.:

I am the father of Jose Francisco Cardoso Tehovnik. I am 68 years of age, a retired neuroscientist, and a US citizen. In 2012, while living in the city of Natal in the state of Rio Grande do Norte of Brazil and with me employed as a neuroscientist, my wife, Arlete Tehovnik, and I adopted Jose (10 years of age) and his brother Samuel (3 years of age) from a local orphanage. In 2010, due to substance abuse and violence, the boys were legally separated from their biological parents who lived in extreme poverty by way of a horse-and-buggy existence in the village of Macaíba. Given the challenges of raising two adopted boys who had sustained childhood trauma, we became members of a local Orphanage Organization which was administered by judges, family court lawyers, and social workers, who helped us integrate the boys into Brazilian society including the educational system. Especially in the case of Jose, he never attended school systematically up until the adoption; therefore, he did not even know his date of birth. We as a family continued to live in Brazil until 2017 before moving to the United States: conditions in Natal had become unsafe due to a crime wave and we wanted to secure a better future for our sons by having them naturalized in the United States. We settled in Orlando, Florida.

In Orlando, Jose completed grade 8 of middle school and grades 9 to 11 of high school, but because he did not pass the SAT Florida test (or equivalent), and was short of several grade 12 courses, he did not finish high school so at the age of 19 he went to work and shortly thereafter he left our home to support himself. Most of his jobs were working in restaurants either as a waiter or support staff. Naturally, being trilingual (fluent in Portuguese, Spanish, and English) in the state of Florida increased his chances of getting service work. Jose had a very disciplined work ethic: he always showed up to work on time, and he was hard-working. His last and best job was working as an Amazon delivery man driving a company vehicle, which he did until 2024 before moving to Trenton, New Jersey where he planned to live with a group of Brazilian colleagues.

EXHIBIT D

In June 2024, we were contacted by members of the New Jersey criminal court (i.e., pre-trial officer Todd Jones & legal aid attorney Ben West) to learn that Jose had been arrested by the FBI and charged with four counts of criminal conduct and detained in a federal correctional facility. Naturally, we were shocked, for we never in a million years would have expected such an outcome, given that under our care he never exhibited any criminal tendencies. The enormity of the situation became apparent when we consulted with a criminal defense attorney from New York to learn that to defend Jose would require a quarter of a million dollars, a sum that we did not have. Indeed, we were very concerned about Jose having a fair defense using a publicly funded legal process.

This now brings me to the current situation of Jose, who has agreed to a plea bargain and admitted guilt to the charge outline in the plea. I am aware of the concept of mandatory minimums in sentencing, which means Jose will continue to be under federal supervision for some time. Given that Jose has yet to finish his high school courses, it would be beneficial to Jose to put him in a correctional facility that promotes rehabilitation through education, so that once he is released, he can be a responsible and productive citizen. I am hopeful that you have mercy when it comes to the sentencing, since Jose does not have a history of criminality and he is typically well-behaved and hard-working, and his transgression (albeit very serious) is not a reflection of who he is. Finally, I am very grateful to Defense Attorney John Morrissey for the care he has taken in defending Jose and for keeping our family educated about the legal process.

Sincerely,

Edward J. Tehovnik

Dear Judge John L. Sinatra, Jr,

My name is Gustavo. I have just turned 14 years old, and I am Francisco's cousin. I am writing with respect for the Court to share how I see him as a person.

I know Francisco made a serious mistake, and I understand that what he did was wrong. He has taken responsibility for his actions and has shown real remorse. Francisco calls my mom every week, and through those calls I have seen how much he reflects on his choices. He talks about what he did wrong, what he has learned, and his strong desire to do the right thing when he gets out.

Francisco has always been kind and supportive to me. Every time we were together, he would play with me and look out for me. Many times, when we went to amusement parks and I was scared, he stayed with me, made me feel safe, and encouraged me. Moments like that showed me that he truly cares about other people.

I truly believe Francisco has a good heart and the ability to learn from this experience and grow into a better person. Thank you very much for taking the time to read my letter and consider my perspective.

Respectfully,
Gustavo
Cousin

Scanned with CamScanner

EXHIBIT E

Honorable John L. Sinatra, Jr.
United States District Judge
c/o John Morrissey
Assistant Federal Public Defender
300 Pearl Street, Suite 200
Buffalo, NY 14202

Dear Judge Sinatra,

My name is Henrique Sanches. I am 24 years old and currently employed at Language Line Solutions, where I work as an L5 Interpreter. I am also a student at the University of Central Florida (UCF), enrolled in the College of Business and pursuing a degree in Accounting.

I first met José Francisco Cardoso Tehovnik when my family moved into a new apartment complex. My mother mentioned that she had met another Brazilian family in the building and that they had a son close to my age. At the time, I was new to the area, had no friends nearby, and was about to start at a new school, so I was genuinely excited to meet someone I could relate to.

Francisco quickly became a close friend. We often ran into each other at school, and since we took the same bus, we usually walked home together. After classes, whenever we were free, we spent time at the pool, used the computers in the clubhouse, or played pool together. Those simple moments made my transition to a new environment much easier and far more positive.

Over time, our families also became very close. We spent holidays together and frequently participated in activities as a group. My mother developed a strong friendship with Francisco's mother and always viewed Francisco as a positive influence in my life. She consistently encouraged our friendship because of the kindness, respect, and loyalty he showed in every situation.

When I learned about Francisco's incarceration, I was truly shocked. It did not align at all with the person I know. Francisco has always been someone I could rely on — dependable, supportive, and willing to help whenever needed. He even assisted me with projects for my video production classes, always showing up and making his best effort, even while joking that acting was not his strong suit. His character, work ethic, and genuine nature left a lasting impression on me.

For these reasons, I respectfully ask that you consider Francisco's situation with compassion. I firmly believe that he does not pose a risk to society and that he has much potential to contribute positively to the world. Thank you very much for your time and consideration.

Respectfully,

Henrique Sanches

EXHIBIT F

Honorable John L. Sinatra, Jr.

United States District Judge

c/o John Morrissey

Assistant Federal Public Defender

300 Pearl Street, Suite 200

Buffalo, NY 14202

Dear John L. Sinatra, Jr.

Meu nome é Isoralti Nascimento Cardoso, tenho 84 anos e moro em São Paulo, Brasil. Sou avó adotiva do meu querido José Francisco, por quem tenho um amor enorme.

Estive sempre muito presente no crescimento dele e de seu irmão enquanto vivíamos no Brasil. Depois que a família se mudou para os Estados Unidos, continuei visitando sempre que podia. No momento do ocorrido, eu estava justamente em Orlando com eles, e mais

Sempre admirei seu esforço, sua dedicação e seu coração bondoso. Mesmo já adulto, o Francisco sempre manteve um jeito inocente, puro e às vezes até um pouco imaturo — mas sempre verdadeiro, sempre autêntico, sempre ele mesmo.

Ver meu neto nessa situação partiu meu coração. Sei que ele é jovem, ainda no começo da vida, e que cometeu um erro — mas não é um rapaz de má índole.

Tenho muita fé em Deus e sigo acreditando que o juiz terá compaixão e permitirá que ele tenha uma segunda chance. Ele já aprendeu muito com tudo isso e merece a oportunidade de recomeçar. Agradeço enormemente pela atenção.

Cordialmente,

Isoralti N. Cardoso

Isoralti Nascimento Cardoso

Honorable John L. Sinatra, Jr. United States District Judge

c/o John Morrissey Assistant Federal Public Defender

300 Pearl Street, Suite 200

Buffalo, NY 14202

Dear Judge John L. Sinatra, Jr.

My name is Isoralti Nascimento Cardoso, I am 84 years old and I live in São Paulo, Brazil. I am the adoptive grandmother of my dear José Francisco, for whom I have a tremendous love.

I was always very involved in his and his brother's upbringing while we lived in Brazil. After the family moved to the United States, I continued to visit whenever I could. At the time of the incident, I was in Orlando with them, and later I traveled with my daughter to Boston

I have always admired his effort, his dedication, and his kind heart. Even as an adult, Francisco always maintained an innocent, pure, and sometimes even a little immature way – but always true, always authentic, always himself.

Seeing my grandson in this situation broke my heart. I know he is young, still at the beginning of his life, and that he made a mistake – but he is not a bad person.

I have great faith in God and I continue to believe that the judge will have compassion and allow him to have a second chance. He has already learned a lot from all of this and deserves the opportunity to start over. Thank you very much for your attention.

Sincerely,

*Isoralti N. Cardoso*

Isoralti Nascimento Cardoso

EXHIBIT G

Honorable John L. Sinatra, Jr.
United States District Judge
c/o John Morrissey
Assistant Federal Public Defender
300 Pearl Street, Suite 200
Buffalo, NY 14202

Dear Judge Sinatra,

My name is Marta Cristina Cocco Bludeni. I am 61 years old and have worked in the field of education for many years, currently as a private ESL tutor. I have known the family of José Francisco Cardoso Tehovnik for nearly forty years, and I have always admired the integrity, affection, and warmth that define their home. It saddens me deeply to witness the situation José Francisco now faces.

I watched José Francisco grow into a gentle, kind, and considerate young man—someone sincerely committed to doing what is right and always attentive to the well-being of others. Everyone who knows him describes him with affection, respect, and trust. There has always been a certain innocence in him, a reflection of his genuinely good heart.

I believe this very nature made him vulnerable to the confusing and misleading influences that social media can present to young people today. These environments often distort judgment in ways that do not reflect a person's true character.

His time in incarceration has been extremely difficult and has left a profound emotional impact. Even in this painful period, he has demonstrated reflection, sincerity, and remorse—qualities consistent with the young man he has always been.

When he is released, he will return to a supportive family ready to welcome him, guide him, and help him rebuild his life with dignity, structure, and stability. He will not face that transition alone.

For these reasons, I respectfully ask that you consider the person he has always been, as well as the significant impact this experience has already had on him.

Thank you sincerely for your time and consideration.

Marta Cristina Cocco Bludeni

Date: November 23, 2025

Your Honor John L. Sinatra, Jr,

My name is Rogerio Lopes. I am married to Jose Francisco Tehovnik's aunt, and I have known him for many years as part of our family. I write this letter with respect to share how I see Francisco as a person.

I first met Francisco when he was still a boy. At that time, I already knew that his early life had been very difficult. He did not grow up with a stable family from the beginning, and he experienced things that no child should experience. Later, he was adopted by my sister-in-law, and that is how he became part of our family.

I am not the closest person to Francisco. I am not like a father to him. But over the years, I saw him many times in family gatherings, holidays, and visits. In all these moments, I always saw a young man who was gentle, polite, and respectful. He was always kind to our son, who is much younger than him, and I never saw him act in a violent or aggressive way.

During the pandemic, my wife, my son, and I lived in Florida for some time, close to my sister-in-law's family. At that time I could see Francisco more often. I saw him trying to work and become more independent. My wife helped him with his résumé and interviews, and he got a job at Panera. I could see that he wanted to do something good with his life, to have a normal job and be useful.

In that same period, we were renovating our place in Florida, and I became seriously ill. It was a very difficult time for me and for my family. Francisco helped us a lot. He came many times to help with practical things, like carrying heavy materials, moving things, and doing small tasks that I could not do because of my health. He never complained. He was always willing to help when we asked. For me, this showed a young man who cares about family and who is ready to support others when they need it.

I know that Francisco has made serious mistakes, and I am not writing this letter to deny that or to say that the situation is not important. I understand that the law must be respected and that his actions had consequences. At the same time, I want to say honestly that, from what I have seen over the years, I do not see him as a "bad person" or someone who wants to harm others. I see someone who is emotionally immature, with a difficult past, who made very poor decisions.

In my opinion, Francisco is not a person who should be seen only as a criminal. He is a human being who did something very wrong, but who also has a good heart and the capacity to change. My wife speaks with him regularly, and through her I hear that he feels a lot of regret and is more reflective now. I believe that if he has the right support and structure, he can rebuild his life in a positive way and follow the law.

With all respect, I ask that Your Honor consider Francisco's personal history, his character as we have known him in the family, and his potential to change and live a better life. I hope that, when deciding his future, he can be seen not only for the mistakes he made, but also for the person he can still become.

Thank you very much for your time and attention in reading this letter.

Respectfully,
Rogerio Lopes
[Rogeriorlopes1302@gmail.com]

Scanned with CamScanner

EXHIBIT I

FROM ROGERIO LOPES (Portuguese and English versions):

Meritíssimo Juiz John L. Sinatra, Jr,

Meu nome é Rogerio Lopes. Sou casado com a tia de Jose Francisco Tehovni e o conheço há muitos anos como parte da nossa família. Escrevo esta carta com respeito para compartilhar como eu vejo o Francisco como pessoa.

Conheci o Francisco quando ele ainda era garoto. Naquela época, eu já sabia que o início da vida dele tinha sido muito difícil. Ele não cresceu em uma família estável desde o começo e passou por coisas que nenhuma criança deveria passar. Mais tarde, ele foi adotado pela minha cunhada, e foi assim que ele se tornou parte da nossa família.

Eu não sou a pessoa mais próxima do Francisco. Não sou como um pai para ele. Mas, ao longo dos anos, o vi muitas vezes em encontros de família, festas e visitas. Em todos esses momentos, eu vi um jovem que sempre foi gentil, educado e respeitoso. Ele sempre tratou bem o nosso filho, que é bem mais novo do que ele, e eu nunca o vi agir de forma violenta ou agressiva.

Durante a pandemia, minha esposa, meu filho e eu moramos na Flórida por um tempo, perto da família da minha cunhada. Nessa época, eu pude ver o Francisco com mais frequência. Eu o vi tentando trabalhar e se tornar mais independente. Minha esposa o ajudou com o currículo e com entrevistas, e ele conseguiu um emprego no Panera. Eu via que ele queria fazer algo bom com a vida, ter um emprego normal e ser útil.

Nesse mesmo período, estávamos reformando nosso imóvel na Flórida, e eu fiquei seriamente doente. Foi um momento muito difícil para mim e para a minha família. O Francisco nos ajudou muito. Ele veio muitas vezes ajudar com coisas práticas, como carregar materiais pesados, mover coisas e fazer pequenas tarefas que eu não conseguia fazer por causa da minha saúde. Ele nunca reclamou. Sempre estava disposto a ajudar quando pedíamos. Para mim, isso mostrou um jovem que se importa com a família e que está pronto para apoiar os outros quando eles precisam.

Eu sei que o Francisco cometeu erros graves, e não escrevo esta carta para negar isso ou dizer que a situação não é importante. Eu entendo que a lei precisa ser respeitada e que as ações dele tiveram consequências. Ao mesmo tempo, quero dizer com sinceridade que, pelo que vi ao longo dos anos, eu não o vejo como uma "má pessoa" ou alguém que quer fazer mal aos outros. Vejo alguém emocionalmente imaturo, com um passado difícil, que tomou decisões muito ruins.

Na minha opinião, o Francisco não é uma pessoa que deve ser vista apenas como um criminoso. Ele é um ser humano que fez algo muito errado, mas que também tem um bom coração e capacidade de mudar. Minha esposa fala com ele regularmente, e, por meio dela, eu sei que ele sente muito arrependimento e está mais reflexivo agora. Eu acredito que, se ele tiver o apoio e a estrutura corretos, ele pode reconstruir a vida de forma positiva e seguir a lei.

Com todo respeito, peço que Vossa Excelência considere a história pessoal do Francisco, o caráter que conhecemos na família e o potencial que ele tem para mudar e viver uma vida melhor. Espero que, ao decidir sobre o futuro dele, ele possa ser visto não apenas pelos erros que cometeu, mas também pela pessoa que ele ainda pode se tornar.

Muito obrigado pelo tempo e atenção em ler esta carta.

Respeitosamente,

Rogerio Lopes

Scanned with CamScanner

EXHIBIT I

Winchester – MA
December 14, 2025

**To the Honorable John L. Sinatra, Jr.**

Your Honor,

My name is Renata Lopes. I am the aunt and baptismal godmother of Jose Francisco Tehovnik, and I write this letter with great respect to share my perspective on who he is as a person and the path I have seen him try to follow throughout his life.

Francisco's childhood was marked by hardship and emotional pain. He experienced physical and psychological violence and was eventually abandoned by his biological mother. He and his younger brother spent time in an orphanage before being adopted by my sister. Although he finally had a home, he remained a very emotionally needy child, and within the family dynamic his younger brother naturally received more attention and care than he did.

At the time my sister adopted Francisco and his brother, my own son was born. Francisco was 9 years old then. Since that moment, I have watched him grow up in close contact with our family. He and my son have always had a good relationship. Francisco has treated his younger cousin with affection and care, playing with him and looking out for him. I trusted Francisco to take care of my son, who is nine years younger than he is, and that trust was built over years of seeing his gentle and protective nature.

At the same time, being so close to him for so many years allowed me to clearly see how emotionally immature he was for his age, because of the lack of a stable family structure and affection during the first years of his life.

I live in Boston, and my sister's family lives in Florida. During the pandemic, however, my husband, my son, and I lived in Florida for almost a year. This was a very meaningful period because I could spend much more time with Francisco and support him more directly. I helped him prepare his résumé, we practiced interview skills together, and he successfully obtained a job at Panera. He was truly trying to work, be useful, and build some independence for himself.

During that same period, we were renovating our place in Florida, and my husband became seriously ill. Francisco helped me enormously. He supported me in everyday tasks, was present when I needed someone to help with heavy materials that had to be bought and carried and was always willing to assist with whatever was necessary. These are not small gestures; they were evidence of his capacity for kindness, responsibility, and care for others.

I recognize, however, that despite these qualities, Francisco has always been emotionally immature for his age. Very needy, with a painful history and little emotional guidance, he allowed himself to be carried away by illusions created on social media and believed he had found the "love of his life" on one of those websites widely used by young people. He was naïve and impulsive, and he made decisions that had very serious consequences for his life.

I am not writing this letter to excuse what happened or to diminish the seriousness of his actions. I understand that his conduct had real and serious consequences and that justice must be served. My intention is simply to offer Your Honor a more complete picture of who Francisco is beyond the mistakes he made.

Francisco has now been incarcerated for almost two years. During this time, he calls me every week. In these regular conversations, I have witnessed a significant change in him; he is more reflective, more mature, and deeply remorseful. He often talks about how much he wishes he could go back and make different choices, about the opportunities he wasted, and about his sincere desire to rebuild his life "the right way."

Today, Francisco expresses a genuine wish to start over with more responsibility, guided by his faith in God and with the support of our family. We are ready and willing to stand by him, offering emotional support, guidance, and structure so that he can follow an honest and lawful path.

I respectfully ask that Your Honor take into consideration Francisco's personal history, the trauma and instability he faced in his early years, his fundamentally kind and caring nature, and the remorse and growth I have seen in him over these past two years. I truly do not believe he is beyond redemption. Rather, I see a young man who made a very serious mistake but who has the capacity to learn from it and become a better and more responsible adult.

Thank you very much for Your Honor's time and attention in reading this letter and considering my perspective.

Respectfully,

**Renata Lopes**
**Aunt and godmother of Jose Francisco Tehovnik**
**+1 617 866 9331**
**Renatalopes0512@gmail.com**

Scanned with CamScanner

EXHIBIT I



Certifies that

# JOSE CARDOSO TEHOVNIK

has successfully completed

## 12-Step Recovery Programs

on

November 21, 2025

Clock Hours: 1.50
CEUs Earned: 0.15



Paul W. Cypher, President & CEO,
CypherWorx, Inc.





EXHIBIT J



Certifies that

# JOSE CARDOSO TEHOVNIK

has successfully completed

## A Student Guide to Drug and Alcohol Abuse

on

December 21, 2025

Clock Hours: 0.50
CEUs Earned: 0.05



Paul W. Cypher, President & CEO,
CypherWorx, Inc.





EXHIBIT J



Certifies that

# JOSE CARDOSO TEHOVNIK

has successfully completed

## Adult and Child CPR

on

December 17, 2025

Clock Hours: 2.00
CEUs Earned: 0.2



Paul W. Cypher, President & CEO,
CypherWorx, Inc.





EXHIBIT J



Certifies that

# JOSE CARDOSO TEHOVNIK

has successfully completed

## Basic First Aid

on

December 21, 2025

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.





EXHIBIT J



Certifies that

# JOSE CARDOSO TEHOVNIK

has successfully completed

## Basic Spanish Skills

on

December 18, 2025

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.





EXHIBIT J



Certifies that

# JOSE CARDOSO TEHOVNIK

has successfully completed

## Beginning Graphic Design

on

December 20, 2025

Clock Hours: 0.75
CEUs Earned: 0.08



Paul W. Cypher, President & CEO,
CypherWorx, Inc.





EXHIBIT J



# Certificate

*OF COMPLETION*

*This certificate is proudly presented to*

## JOSE CARDOSO TEHOVNIK

*for completing*

### Conflicts of Interest

Clock Hours: 1.00

December 20, 2025





EXHIBIT J



Certifies that

# JOSE CARDOSO TEHOVNIK

has successfully completed

## Creativity and Innovation: Creative Thinking Basics

on

December 22, 2025

Clock Hours: 1.34
CEUs Earned: 0.13



Paul W. Cypher, President & CEO,
CypherWorx, Inc.





EXHIBIT J



Certifies that

# JOSE CARDOSO TEHOVNIK

has successfully completed

## Critical Thinking and Decision-Making

on

December 21, 2025

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.





EXHIBIT J



# Certificate

## OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

Culinary Arts with Edwins Leadership & Restaurant Institute
(Version 3)



December 28, 2025



EXHIBIT J



# Certificate

### OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

## ECS01_Welcome to Edwins Leadership and Restaurant Institute Culinary Series



December 28, 2025



EXHIBIT J



# Certificate

### OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

**for completing**

## ECS02_Equipment Identification – Introduction



December 23, 2025



EXHIBIT J



# Certificate

*OF COMPLETION*

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

## ECS03_Equipment Identification Tools and Equipment



December 23, 2025



EXHIBIT J



# Certificate

### OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

ECS04_Equipment Identification - Grinding, Slicing, Mixing and Pureeing

December 23, 2025







# Certificate

### OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

## ECS05_Equipment Identification - Fryers, Grills & Griddles



December 23, 2025



EXHIBIT J



# Certificate

### OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

## ECS06_Equipment Identification - Ranges and Ovens

December 23, 2025





EXHIBIT J



# Certificate

*OF COMPLETION*

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

ECS07_Equipment Identification – Refrigeration



December 23, 2025



EXHIBIT J



# Certificate

OF COMPLETION

*This certificate is proudly presented to*

## JOSE CARDOSO TEHOVNIK

*for completing*

## ECS08_Knife 101

December 23, 2025





EXHIBIT J



# Certificate

OF COMPLETION

*This certificate is proudly presented to*

## JOSE CARDOSO TEHOVNIK

*for completing*

## ECS09_Knife Skills

December 23, 2025







# Certificate

OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

ECS10_Stocks

December 25, 2025



EXHIBIT J



# Certificate

OF COMPLETION

*This certificate is proudly presented to*

## JOSE CARDOSO TEHOVNIK

*for completing*

## ECS11_Thickening Agents

December 25, 2025



EXHIBIT J



# Certificate

OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

## ECS12A_Sauces Overview

December 26, 2025





EXHIBIT J



# Certificate

OF COMPLETION

*This certificate is proudly presented to*

## JOSE CARDOSO TEHOVNIK

*for completing*

## ECS12B_Mother Sauces

December 25, 2025





EXHIBIT J



# Certificate

OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

## ECS13_Emulsions



December 25, 2025



EXHIBIT J



# Certificate

## OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

## ECS14_Soups

December 24, 2025



EXHIBIT J



# Certificate

### OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

**for completing**

## ECS15_Tempering Techniques



December 27, 2025



EXHIBIT J



# Certificate

OF COMPLETION

*This certificate is proudly presented to*

## JOSE CARDOSO TEHOVNIK

*for completing*

ECS16_The Creaming Method

December 27, 2025





EXHIBIT J



# Certificate

### OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

## ECS17_The Foaming Method

December 27, 2025





EXHIBIT J



# Certificate

### OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

## ECS18_Rubbed-Dough Method

December 27, 2025



EXHIBIT J



# Certificate

### OF COMPLETION

*This certificate is proudly presented to*

## JOSE CARDOSO TEHOVNIK

*for completing*

## ECS19_Rice Cookery

December 27, 2025





EXHIBIT J



# Certificate

*O F  C O M P L E T I O N*

*This certificate is proudly presented to*

## JOSE CARDOSO TEHOVNIK

*for completing*

ECS20_Pasta

December 27, 2025





EXHIBIT J



# Certificate

### OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

## ECS21_Potato Cookery

December 27, 2025





EXHIBIT J



# Certificate

## OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

## ECS22_Vegetable Cookery

December 27, 2025





EXHIBIT J



# Certificate

*OF COMPLETION*

*This certificate is proudly presented to*

## JOSE CARDOSO TEHOVNIK

*for completing*

### ECS23_Cooking Methods

December 28, 2025







# Certificate

*OF COMPLETION*

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

**for completing**

## ECS24_Plating

December 28, 2025





EXHIBIT J



# Certificate

OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

## ECS25_Egg Cookery

December 28, 2025





EXHIBIT J



# Certificate

### OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

## ECS28_Proper Wine Service



December 28, 2025



EXHIBIT J



# Certificate

### OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

## ECS31_Coffee and Tea

December 28, 2025



EXHIBIT J



# Certificate

### OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

## ECS32_Steps of Service

December 28, 2025





EXHIBIT J



# Certificate

*OF COMPLETION*

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

ECS33_Facility Tour - Mitchell's Home Made Ice Cream



December 28, 2025



EXHIBIT J



# Certificate

### OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

## ECS34_Facility Tour - Sirna and Sons Produce

December 28, 2025





EXHIBIT J



# Certificate

OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

ECS35_Facility Tour - Blue Ribbon Meats



December 28, 2025



EXHIBIT J



# Certificate

### OF COMPLETION

*This certificate is proudly presented to*

## JOSE CARDOSO TEHOVNIK

*for completing*

## ECS36_Facility Tour - Top Shelf Coffee and Tea



December 28, 2025



EXHIBIT J



# Certificate

OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

## ECSFIN_Next Steps

December 28, 2025







# CYPHER**WORX**

Certifies that

# JOSE CARDOSO TEHOVNIK

has successfully completed

## Ergonomics MSDs

on

December 29, 2025

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.





EXHIBIT J



Certifies that

# JOSE CARDOSO TEHOVNIK

has successfully completed

## GED: Reasoning Through Language Arts - Unit 01: Strategies for Reading Comprehension

on

December 18, 2025

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.







Certifies that

# JOSE CARDOSO TEHOVNIK

has successfully completed

GED: Reasoning Through Language Arts - Unit 02: Vocabulary and Word Skills

on

January 3, 2026

Clock Hours: 1.00
CEUs Earned: 0.1

Paul W. Cypher, President & CEO,
CypherWorx, Inc.





EXHIBIT J



Certifies that

# JOSE CARDOSO TEHOVNIK

has successfully completed

## Managing Stress

on

November 21, 2025

Clock Hours: 1.00
CEUs Earned: 0.1



Paul W. Cypher, President & CEO,
CypherWorx, Inc.





EXHIBIT J



Certifies that

# JOSE CARDOSO TEHOVNIK

has successfully completed

## New Tech

on

December 22, 2025

Clock Hours: 1.25
CEUs Earned: 0.13



Paul W. Cypher, President & CEO,
CypherWorx, Inc.





EXHIBIT J



# Certificate

### OF COMPLETION

*This certificate is proudly presented to*

# JOSE CARDOSO TEHOVNIK

*for completing*

## Valor Life 88

Clock Hours: 1.00

November 20, 2025





EXHIBIT J



# Certificate

### OF COMPLETION

*This certificate is proudly presented to*

## JOSE CARDOSO TEHOVNIK

**for completing**

## Welcome to the CypherWorx LCMS - ViaPath

Clock Hours: 0.25



December 20, 2025



EXHIBIT J



Certifies that

# JOSE CARDOSO TEHOVNIK

has successfully completed

## What's Bugging You? Communicable Diseases

on

January 6, 2026

Clock Hours: 0.17
CEUs Earned: 0.02



Paul W. Cypher, President & CEO,
CypherWorx, Inc.





EXHIBIT J



Certifies that

# JOSE CARDOSO TEHOVNIK

has successfully completed

## Writing Skills

on

December 15, 2025

Clock Hours: 0.50
CEUs Earned: 0.05



Paul W. Cypher, President & CEO,
CypherWorx, Inc.





EXHIBIT J

Honorable John L. Sinatra, Jr.

United States District Judge

c/o John Morrissey

Assistant Federal Public Defender

300 Pearl Street, Suite 200

Buffalo, NY 14202

November 20, 2025

Dear Judge John L. Sinatra, Jr.:

I am Samuel Cardoso Tehovnik. I am 16 years old and I am in 10th grade at Lake Nona High School in Orlando, Florida. Jose Francisco Cardoso Tehovnik is my older brother.

We were born in Natal, Rio Grande do Norte, Brazil. Francisco is seven years older than me. When I was born, he was only 7 years old, but he still took care of me like a little parent. From what my family has told me, he helped feed me, change me, and do the basic daily care a baby needs. That continued until I was about 2 years old, when we were both enrolled in a local orphanage.

From there, Francisco did everything he could to help get us adopted. It happened within about a year. In 2012, we were formally adopted by Arlete and Edward Tehovnik. At that time, Francisco was 10 years old and I was 3 years old. Being adopted gave us stability, and it also helped lighten the responsibility Francisco had been carrying, because he was still a child too.

We lived in Brazil for several years with our adoptive parents, and in December 2017 we moved to Orlando, Florida, where we have lived ever since.

Even though Francisco is my brother, he has always felt like more than that to me. Since I was little, he has looked out for me and protected me. I truly believe he wanted me to have a stable home and opportunities he didn't feel he had, and that is a big reason he pushed so hard for our adoption.

Growing up, Francisco always made time for me. When he started working, he would take me out to eat sometimes, or we would go to the movies. He also took me fishing, which he loved because he enjoys being outdoors and around nature. Those are some of my best memories with him.

Francisco has also always been someone who works hard and tries to do the right thing. He volunteered in the community, including at Goodwill, and he was always respectful to people in our neighborhood. He is the kind of person who would help others and who usually avoided trouble. We also attended Nona Church, and faith has been an important part of our family.

EXHIBIT J

When I found out about Francisco's legal situation, I was shocked and honestly heartbroken. It doesn't match the brother I know at home. I understand that the Court has to take this matter seriously, and I respect that. I am only asking that you also consider who Francisco is as a person and the positive role he has played in my life.

My brother means a lot to me. I love him, and I am grateful for everything he has done for me. Our family will support him through this, and we are prepared to help him follow any rules or requirements the Court sets if he is allowed to come home.

Thank you for your time and consideration.

Respectfully,

*Samuel*

Samuel Cardoso Tehovnik